# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KANDICE HAUSE**                                                                     **PLAINTIFF**

v.                                        No. 4:20-cv-21-DPM

**CITY OF LITTLE ROCK**                                                        **DEFENDANT**

## ORDER

Status report on fees, *Doc. 9*, appreciated. The joint motion to dismiss, *Doc. 5,* is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. And the attorneys' fee was handled separately. *Doc. 9*; *Melgar*, 902 F.3d at 779; *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019). The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2020