# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KANDICE HAUSE                                                    PLAINTIFF

v.                              No. 4:20-cv-21-DPM

CITY OF LITTLE ROCK                                            DEFENDANT

## JUDGMENT

Hause's complaint is dismissed with prejudice.  The Court retains jurisdiction until 10 July 2020 to enforce the settlement.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_27 May 2020_